[No. 28326-3-II.   Division Two.   November 8, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. PHILLIP ANTHONY WEBER, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 01-1-00792-9, Anna M. Laurie, J., entered November 30, 2001. *Reversed* by unpublished opinion per Houghton, J., concurred in by Quinn-Brintnall, A.C.J., and Armstrong, J.

[No. 28706-4-II.   Division Two.   November 8, 2002.]

DAWN IRISH, *Respondent*, v. AMEDEO NAPPI, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 00-2-30011-2, Paula Casey, J., entered April 26, 2002. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Quinn-Brintnall, A.C.J., and Armstrong, J.

[No. 28839-7-II.   Division Two.   November 8, 2002.]

DAVID C. CARPENTER, *Appellant*, v. THE EMPLOYMENT SECURITY DEPARTMENT, *Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 01-2-01030-9, Richard D. Hicks, J., entered May 3, 2002. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Quinn-Brintnall, A.C.J., and Houghton, J.

[No. 19588-1-III.   Division Three.   November 12, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. ARNOLD L. WELLMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Ferry County, No. 00-1-00005-7, Larry M. Kristianson, J., entered September 12, 2000. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Brown, C.J., and Kato, J.